IN THE UNITED STATES COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| CHARISSE THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | 03 C 8766 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| MIRIAM SOLO | ) | Magistrate Judge Levin |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**DOCKETED**

MAR 1 6 2004

To: Miriam Solo
    6199 N. Lincoln, Suite 8
    Chicago, IL 60659

PLEASE TAKE NOTICE that on Thursday, March 11, 2004 at 9:30 a.m., we shall appear before the Honorable Judge Kennelly, Courtroom 2103, 219 South Dearborn, Chicago, IL, at which time we shall present the attached, **Motion for Costs of Service,** a copy of which is hereby served upon you.

> Respectfully submitted,
> Charisse Thomspon, Plaintiff
>
> By: _____
> One of Her Attorneys

Christopher V. Langone
Craig R. Frisch
Jeffrey Naffiziger
The Langone Law Firm
25 E. Washington St., Ste. # 1805
Chicago, Illinois 60602
312 782-2000

IN THE UNITED STATES COURT
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| CHARISSE THOMPSON | ) | |
| | ) | |
| Plaintiff, | ) | 03 C 8766 |
| | ) | |
| v. | ) | Judge Kennelly |
| | ) | |
| MIRIAM SOLO | ) | Magistrate Judge Levin |
| | ) | |
| Defendant. | ) | |

FILED MAR 3 2004 MICHAEL W. DOBBINS, CLERK U.S. DISTRICT COURT

DOCKETED MAR 1 6 2004

## MOTION FOR COSTS OF SERVICE

NOW COMES the Plaintiff, Charisse Thompson, hereby moves that the Court enter an order granting Plaintiff's motion for costs of service against Defendant Miriam Solo. In support thereof, Plaintiff states the following:

1. On December 4, 2003, Plaintiff sent defendant Miriam Solo a notice of lawsuit and request for waiver of service via certified and regular mail. *See* Exhibit A.

2. Ms. Solo never responded to the waiver of service.

3. On January 7, 2003, Plaintiff sent Ms. Solo the Order of January 5, 2004, along with another copy of the waiver and requested that Defendant return the waiver by January 14, 2004.

4. Again Miriam Solo did not respond to the waiver and Plaintiff had to effectuate service on February 27, 2004. *See* Group Exhibit B

5. Rule 4(d)(5) of the Federal Rules of Civil Procedure states:

(5) The costs to be imposed on a defendant under paragraph (2) for failure to comply with a request to waive service of a summons shall include the costs subsequently incurred in effecting service under subdivision (e), (f), or (h),

together with the costs, including a reasonable attorney's fee, of any motion required to collect the costs of service.

WHEREFORE, Plaintiff moves that the Court enter an order granting Plaintiff the cost of service and reasonable attorney fees to bring such a motion.

Respectfully submitted,
Charisse Thompson, Plaintiff

By: _____
One of Her Attorneys

Christopher V. Langone
Craig R. Frisch
Jeffrey Naffiziger
The Langone Law Firm
25 E. Washington St., Ste. # 1805
Chicago, Illinois 60602
312 782-2000

# SEE CASE FILE FOR EXHIBITS